IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HUEY GODWIN, JR.                                                                          PLAINTIFF

vs.                                          Civil No. 4:12-cv-4085

CAROLYN COLVIN                                                                         DEFENDANT
Commissioner, Social Security Administration

# ORDER

Before the Court is the Report and Recommendation filed August 13, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 18). Judge Bryant recommends that Plaintiff's Motion for Attorney Fees (ECF No. 16) be granted. The parties have not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion for Attorney Fees (ECF No. 16) is **GRANTED** and Plaintiff is awarded $2,341.80 in attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

**IT IS SO ORDERED**, this 3rd day of September, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District